## UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF NEW JERSEY

| | | |
|---|---|---|
| RONALD J. PIEMONTE, SUZZANNE E. PIEMONTE, MARIANNE A. WILLIS, and WILLIAM J. WILLIS, on behalf of themselves and others similarly situated | * * * * * | |
| Plaintiffs, | * * | CIVIL ACTION |
| vs. | * * * | NO. |
| VIKING RANGE, LLC, THE MIDDLEBY CORP., OBERG & LINDQUIST CORP., MORRIS COUNTY APPLIANCE REPAIR, A&E APPLIANCES & REPAIRS, ABC CORPORATIONS 1.-5 and JANE and/or JOHN DOES 1-5, | * * * * * * | **STATEMENT OF FILING AND SERVICE OF REMOVAL** |
| Defendants. | * * | |

**\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\* \***

The undersigned counsel for Defendants Viking Range, LLC and The Middleby Corporation, states that pursuant to 28 U.S.C. § 1446(d), on January 8, 2014, a copy of the Notice to State Court of Filing of Removal with a copy of the Notice of Removal attached was filed with the Clerk of the Superior Court of New Jersey, Morris County.

Respectfully submitted,

By: *s/ Edward J. Fanning, Jr.*
        Edward J. Fanning, Jr.
        McCARTER & ENGLISH, LLP
        Four Gateway Center 1
        00 Mulberry Street
        Newark, NJ 07102
        (973) 622-4444 (telephone)
        (973) 624-7070 (facsimile)
        *Attorneys for Defendants*
        *Viking Range, LLC and The Middleby*
        *Corporation*

Dated: January 8, 2014

ME1 16996761v.1

<u>CERTIFICATE OF SERVICE</u>

I certify that on January 8, 2014, I electronically filed a copy of this Statement of Filing

and Service of Removal with the Clerk of the Court using the CM/ECF system and also served a

copy of this document upon the parties via overnight mail at the following addresses:


Kevin E. Barber
Niedweske Barber Hager, LLC
98 Washington Street
Morristown, NJ  07960
Attorneys for Plaintiffs and Proposed Class Members

Oberg & Lindquist Corp.
511 Goffle Road
Wyckoff, NJ  07481

Morris County Appliance Repair
337 Route 46, Suite F
Rockaway, NJ  07866

A & E Appliances & Repairs
100 Fairview Road
Rockaway, NJ  07866


_s/ Edward J. Fanning, Jr._
Edward J. Fanning, Jr.

ME1 16996761v.1