19183.03487-GPH

**MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN**
By: George P. Helfrich, Jr., Esq.
Attorney I.D. No. GH0604
425 Eagle Rock Avenue, Suite 302
Roseland, NJ 07068
☎ 973-618-4100        📠 973-618-0685
✉ gphelfrich@mdwcg.com
ATTORNEYS FOR DEFENDANT – Oberg & Lindquist Corp.

**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY
\*\* Electronically Filed \*\***

| | |
|---|---|
| RONALD J. PIEMONTE, SUZZANNE E. PIEMONTE, MARIANNE A. WILLIS, AND WILLIAM J. WILLIS, on behalf of themselves and others similarly situated<br><br>Plaintiff(s)<br><br>v.<br><br>VIKING RANGE, LLC, THE MIDDLEBY CORP., OBERG & LINDQUIST CORP., MORRIS COUNTY APPLIANCE REPAIR, A&E APPLIANCES & REPAIRS, ABC CORPORATIONS 1-5 and JANE and/or JOHN DOES 1-5<br><br>Defendant(s) | Civil Action No. 2:14-cv-00124-WJM-MF<br><br>***STIPULATION OF DISMISSAL<br>WITH PREJUDICE<br>AS TO DEFENDANT<br>OBERG & LINDQUIST CORP.*** |

The matter in difference in the above-entitled action having been amicably adjusted by and between the parties, it is hereby stipulated and agreed that the same be and it is hereby dismissed, with prejudice, as to Defendant, Oberg & Lindquist Corp., only. It is further stipulated and agreed that any and all direct claims, and/or any cross-claims asserted by the Defendants, Viking Range, LLC and the Middleby Corporation, are hereby dismissed, with prejudice.

Dated: *September 26*, 2014     NIEDWESKE BARBER HAGER LLC
Attorney(s) for Plaintiff(s)

By: *Linda Niedweske*
LINDA J. NIEDWESKE, ESQ.

Dated: _____, 2014     McCARTER & ENGLISH, LLP
Attorney(s) for Defendant(s) – Viking Range, LLC and the Middleby Corporation

By: _____
EDWARD J. FANNING, JR., ESQ.

Dated: *Oct 14*, 2014     MARSHALL DENNEHEY WARNER COLEMAN & GOGGIN
Attorney(s) for Defendant(s) – Oberg & Lindquist Corp.

By: _____
GEORGE P. HELFRICH, JR., ESQ.

11/2072213.v1

Dated: _____, 2014   NIEDWESKE BARBER HAGER LLC
Attorney(s) for Plaintiff(s)


By: _____
    LINDA J. NIEDWESKE, ESQ.


Dated: \_\_\_10/6\_\_\_\_, 2014   McCARTER & ENGLISH, LLP
Attorney(s) for Defendant(s) – Viking Range, LLC
and the Middleby Corporation


By: *[signature]* _____
    EDWARD J. FANNING, JR., ESQ.


Dated: \_\_Oct 14\_\_, 2014   MARSHALL DENNEHEY WARNER
COLEMAN & GOGGIN
Attorney(s) for Defendant(s) – Oberg &
Lindquist Corp.


By: *[signature]* _____
    GEORGE P. HELFRICH, JR., ESQ.

11/2072213.v1